FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4/8/2024
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

(To be supplied by the court)

Anita Stoltman _____, Plaintiff

v.

Grand Junction Regional Center (GJRC) _____,

Colorado Department of Human Services (CDHS) _____,

Colorado Civil Rights Division  (CCRD) _____,

Colorado Department of Labor and Employment  (CDLE) _____, Defendant(s).

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Anita Stoltman, P.O. Box 547, Grand Junction, CO, 81503

(Name and complete mailing address)

970-260-6034, anitaks5kids@q.com

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    Grand Junction Regional Center, 3199 D Road, Building A, Grand Junction, CO, 81504

(Name and complete mailing address)

970-245-2100, Jennifer Brown Director = jennifer.a.brown@state.co.us

(Telephone number and e-mail address if known)

Defendant 2:    Colorado Department of Human Services, 1575 Sherman Street, Denver, CO, 80203

(Name and complete mailing address)

(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

__X__    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

__X__    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

__X__    Other: (*please specify*) Age Discrimination Act 1967, Title I Amerasians with Disabilities Act 1990, Sections 102and 103 of the Civil Right Act 1991, Sections 501 and 505 of the Rehabilitation Act 1973, 42U.S. Code 2000 et seq, 29 CFR 1605, CFR 1605.2, CFR 1605.2,

2

Look above for other Statutory authority rules

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    Religious Employment Discrimination

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire          _X_ different terms and conditions of employment

_____ failure to promote          _____ failure to accommodate disability

_X_ termination of employment          _X_ retaliation

_X_ other: (*please specify*) Civil Rights Act of 1964, Title VII of the Civil Right act of 1991, Colorado Code of Regulations 708-50.1 (A) (B), 29 CFR 1605, Section 701 (j), 29 CFR 605.2, 29 CFR 1605, 1605,.2, 42 USC 2000et seq, US and Colorado Constitutions, Rules, Policies.

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_____ race          _X_ religion          _____ national origin          _____ age

_____ color          _____ sex          _____ disability

### Supporting facts:

In June of 2021, the State sent out an email; stating that if we intend to request a Medical or Religious Exemption from Covid 19, we needed to fill out and return a request for approved form supplied by GJRC and the CCRD before 5pm on June 11, 2021, to CCRD for approval. This email did not have an end date for Covid 19, nor did the approval. I received my approval within their timeframe. This Religious Exemption was honored from June 11, 2021, through September 1, 2021. Then without showing any attempt at or proving any undue hardship (3 Colorado Code Regulations 708-1-50.1) for allowing existing approved Exemptions to be grandfathered in or allowing any accommodations (1605.2). The State by and through its employees threatened all employees with termination (701(j), 29 CFR 1605, 1605.2, 42 US Code 2000et seq), if they did not either get the Vaccine or have the new more restrictive Exemptions either in process or already approved by the end of September 2021 (Title VII Civil rights Act). These threats were not just once they were in multiple formats, and multiple times a day every day (Title VII,). In good faith Plaintiff filled out and returned the Religious Exemption request (contract). Plaintiff expected it to be honored, it was for nearly 3 months. When Ann Kiloh Davis Kiloh an administrator at GJRC, sent Plaintiff an email telling her "Even if I had an Exemption, it was invalid, and I would need to fill out a new one". I told Ann "They would honor the one I had, if they would not honor the one I had why would they honor any other or even accept a new one". The requirements employees need to do like testing and PPE would not change with either Exemption. She would call, email or text everyday all day long for two months, demanding I get the vaccine or the new exemption, Plaintiff told her she would not do either. Plaintiff stopped communicating with Ann, after she caused Plaintiffs injury on September 10, 2021, because of Ann's anger towards Plaintiff. The issue is G.J.R.C., CCRD, and the State refusing to honor their own CONTRACT (they made an offer, Plaintiff filed for it, they accepted it) the Religious Exemption, their Failure to honor it is a Breach of Contract. Even worse is their Discrimination, Harassment, Retaliation practices violating our Rights Morally, Ethically and Legally. The employees who did get the vaccine voluntary were also subjected to stress from the States actions. This harassment was multiple times a day every day for the last two 2 months of Plaintiffs employment. In the last six 6 months of my employment 93 people in Grand Junction alone under duress against their will made a difficult decision to, quit, retire early, or waited to be fired. The States actions caused all of us undue hardships, but who cares about us. For the State to not allow myself and others to just be Grand fathered in would not have created Undue Hardship on them to continue honoring our Exemptions. I want to know why the State is allowed to Discriminate against us in outright violation of our Civil Rights. They have and continue to violate our Rights.

3

CLAIM TWO:  Disability Discrimination

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_\_ failure to hire            \_X\_ different terms and conditions of employment

\_\_\_\_ failure to promote         \_X\_ failure to accommodate disability

\_X\_ termination of employment    \_X\_ retaliation

\_X\_ other: (*please specify*) Rehabilitation Act Section 504, 29 USC 794, Section 512 ADA 1990, Section 12102 of Title 42, 44 USC 3105 and 3106 Part 1230

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

\_\_\_\_ race          \_\_\_\_ religion       \_\_\_\_ national origin     \_\_\_\_ age

\_\_\_\_ color         \_\_\_\_ sex            \_X\_ disability

Supporting facts:

Plaintiff has had Type 2 Diabetes; this is a fact known to my employers a few years prior to the injuries that have now lasted almost three 3 years, with no relief, and no diagnosis, because the referrals for MRI were not done, due to them canceling the Work Comp insurance. Diabetes is a listed Disability, so are short term disabilities, such as the foot injuries, though 2 1/2 years is not short term; Plaintiff had seen her doctor and was diagnosed with a broken left foot mid-August 2021. Plaintiff went into the administration building to do business that same day, while there, H.R. Kathi Hemmer saw Plaintiff in her protective boot and said, " I never received a report of injury", I told her it was an outside of work injury. She said she "could not allow me to work", I said I "need to work". We made a verbal agreement (Contract). That agreement did not include working directly with individuals. She reduced my hours from 12 to 8, as well as my duties, but still working in the group home I had been working in for the previous 9 1/2 years. On the same day just as Plaintiff was leaving the Admin building, Nursing called to say I tested positive for Covid 19, and I needed to quarantine. With a positive test you do not test for 90 days, so I would not test until mid-August 2021. The accommodations made in August 2021, for the broken left foot outside of work injury were going fine until September 10, 2021, when Ann Kiloh Davis Kiloh demanded I work full duty. I told her "I had an agreement, and I was afraid of hurting the individuals or further injury to myself" and she said, "I did not have any accommodations, and she did not care, and if I did not work full duty I would be fired". So, I did as I was told and got hurt that night at work. I reported it to everyone I needed to at work on the 11th, except I did not fill out an IOJ because of what I was told by H.R in mid-August 2021. A day before Plaintiff was to come back to work the end of September 2021, after that work related injury, Plaintiff received an email from HR stating that her " hours were reduced again to 4 hours, that Plaintiff was on light duty, within the doctors' restrictions, and be working a different home", (with individuals that need more care, which is more dangerous for me). I asked "why", she said, "it worked out better for them". However, because things were not getting better, I did file the IOJ on October 10, 2021. I was on Workmen's Comp for 17 days before they canceled the Comp insurance, and I was Terminated. I paid out of pocket for a little while for PT. When taking Fraud into account with the Destruction and Manipulation of the Electronic Records before and after they were served with my October 2021 Complaint to the CCRD on January 20, 2022, in violation of 44USC3105 & 3106 Part 1230. Ann was told personally when she fired Plaintiff that, Plaintiff would see them in Court on October 28, 2021. All of this is contrary to all of the protections for the disabled citizens. Civil Rights Act 1964 & 1991, Rehabilitation Act 501, 504, and 505, 29 USC 794, Section 12102 of Title 42. On top of all of that the CCRD, GJRC and CDLE all Colluded and Collaborated in an attempt to get Plaintiff to deny her Rights for any relief in Court or with insurance for her injuries. Those injuries include physical, mental, and financial losses suffered at their hands.

There are additional Claims attached for Age, Retaliation, and Harassment

4

D.  STATEMENT OF CLAIM(S)

CLAIM THREE:  AGE DISCRIMINATION

The conduct complained of in this claim involves the following:

_____X_____ termination of employment

_____X___ different term and conditions of employment

_____X___ retaliation

_____X___ other  ADA 1975, 42 USC12101, ADEA 1967, 29USC 621, 29CFR 1626

Defendant's conduct was discriminatory because it was based on the following:

_____X___ age

Supporting Facts:

 Most of 2021 Plaintiff was on FML and a pool staff employee in her 20's worked plaintiff's position while Plaintiff was gone. At the time of their actions Plaintiff was nearly 59. There were meetings held about the Plaintiff that she was not informed of nor given a chance to deny or confirm any allegations made, to this day I still don't know what all was discussed The same employee who got the position attended those meetings, and she told Plaintiff that she liked Plaintiff's position and wanted it. Before I was moved to another home, I was forced out of doing some of the things that were part of the outside of work injury accommodation, and this led to Ann's further targeting of Plaintiff.  Plaintiff was moved to a more dangerous home while said employee took her position. Plaintiff's position was listed as vacant weeks before her termination, that same employee was given that position before Plaintiff's termination. Plaintiff was targeted and signaled out by staff and administration for termination. This all in Violation of Plaintiff's Rights and the laws listed above as well as State laws, Rules, Regulations, and Policies.

D. STATEMENT OF CLAIM (S)

CLAIM FOUR: **Retaliation and Harassment**

The conducted complained of in this claim involves the following:

_____**X**_____ termination of employment

_____**X**_____ different terms and conditions of employment

_____**X**_____ retaliation

_____**X**_____ other **Civil Rights Act 1964 AND 1991, 42 USC 12203, et al in the CLAIMS**


Defendant's conduct was discriminatory because it was bases on the following:

_____**X**_____ religion

_____**X**_____ age

_____**X**_____ disability

Supporting Facts:

Plaintiff was issued by the State of Colorado Civil Rights Unit a legal and binding Religious Exemption on June 11, 2021, the Exemption was honored for a few months before the State demanded by threats of termination, and coercion that we file the new more restrictive and demanding Exemption forms or get the Vaccine by the end of September 2021, if we wanted to keep our jobs. The State did not even attempt to accommodate any employee for existing Exemptions after September 1, 2021, I asked Personnel in Denver for assistance, all they did was say I needed to fill out the new form. Nor did the State assert any Undue Hardship they did or would suffer if they had accommodated those existing Exemptions. The requirements for PPE and testing were the same with the new Exemptions as for the old Exemptions. The State and all its agencies did, however, cause Undue Hardship for all its employees across the State. For the Plaintiff the agencies at fault are GJRC, CDHS, and CCRD. Ann and staff at GJRC Harassed Plaintiff by continual badgering about the Vaccine, and the new Exemption that they knew I had no intension of doing either.

The Plaintiff was almost 59 at the time, when Ann/GJRC gave her position to a person under 40, as well having Plaintiff transferred to another more dangerous location, Plaintiffs position was listed as vacant before her termination. There were meetings about the Plaintiff in early September 2021, that Plaintiff had no notice of, nor was she invited to them, I know there were meetings because I was told to do certain things because of those meetings by supervisors, one of those things is I would no longer be doing was passing meds (this was part of the accommodations made in August 2021), but that plaintiff would be working in the kitchen, so that is what I did the entire 8 hour shift, a few days later I was injured at work because of Ann's anger, threats and demands, because I followed her demands I am the one still suffering. One of the people in attendance at those meetings was given Plaintiffs position.

The Plaintiff has two disabilities that were and continue to be Discriminated against by the State, its agencies, and employees. Those agencies are GJRC, CDHS, CCRD, and CDLE. GJRC

and CDHS caused exacerbation of existing injuries (the broken left foot and other injuries from 2015), and a new work-related injury from September 10, 2021, that they have no intention of caring for. They canceled Plaintiffs Compensation insurance while in treatment and before Plaintiff could get the required tests done that were ordered by the doctors, the insurer called the Comp doctor on October 27, 2021, and told them to cancel any appointments because I was no longer insured, I was not fired until the 28th. They also made it more difficult to care for my diabetes without having any insurance coverage that paid for most if not all of those ordered meds. GJRC, CCRD and CDLE Colluded and Collaborated to deny Plaintiffs Rights by exchanging information between the agencies, to use in the Comp and the Civil Rights cases Plaintiff had started in October 2021. CDLE tried to get Plaintiff to say by signing their Settlement Offer the Plaintiff had voluntarily resigned her position, that she would not ever be eligible to get treatment for her foot/ancle or any other work-related injury caused by them under any insurance, and 16 pages worth of CRAP to deny the Plaintiff her Rights.

For all the reasons above the Plaintiff was Harassed and Retaliated against by Ann/GJRC, CDHS, CCRD, and CDLE. None of this would have occurred if Plaintiff had been treated fairly, and they would honor and obey the laws they created.

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

    _X_ Yes (***You must attach a copy of the administrative charge to this complaint***)

    ___ No

Have you received a notice of right to sue? (*check one*)

    _X_ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

    ___ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* I request Compenstion for time and trouble to bring this case, lost wages since my wrongful Termination on Oct 28, 2024, pain and suffering caused by the work injury, I request an Injunction on the State of Colorado and their employees follow the rules they pass down for every other employer, Punitive Damages for Civil Rights violations.

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____

(Plaintiff's signature)

4/8/2024

_____

(Date)

(Revised December 2017)

5

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

I am requesting that the State of Colorado pay Punitive Damages of $50,000,000.00, Compensatory Damages to me in the amount of $5,000,000.00, as well as an Injunction for them to follow the laws as they require other employers to do. There should be penalties for State employees who violate other employee's Civil Rights, including Punitive Damages Compensatory Damages to the Employees they wronged.

Date:    4/8/2024

_____
(Plaintiff's Original Signature)

P.O.Box 547
_____
(Street Address)

Grand Junction CO, 81502
_____
(City, State, ZIP)

970-260-6034
_____
(Telephone Number)

(Rev. 07/06)                           6

I hereby certify that a copy of the foregoing pleading/document was mailed to
_____ (defendant(s) or counsel for defendant(s))
at _____ (address) on _____, 20____.

_____ *I have not sent*
Plaintiff's Original Signature *this Because the*
*request of Proced*

When you have completed the complaint and all of the necessary forms as described in *Without*
these instructions, the completed complaint and forms should be mailed or hand delivered to the *payment*
Clerk of the United States District Court whose name and address are: *of fees.*

Jeffrey P. Colwell, Clerk
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO   80294-3589

If you have any questions or seek additional information, please contact the office of the
Clerk of the Court at 303/844-3433.   The court's business hours are from 8:00 a.m. to 5:00 p.m.,
Monday through Friday.

(Rev. 8/24/15)                                                                4